

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                          Plaintiff,

Case No. MJ24-797

10       v.

**DETENTION ORDER**

11  HECTOR PALOMERA-PALOMARES,

12                          Defendant.

13       The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18       **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19       (1)    Defendant has been charged by violations of conditions of supervised release out

20  of the District of Idaho (case numbers 2:09-cr-121-EJL-1/2:09-cr-120-EJL-1).  He is not a citizen

21  of the United States, and it appears defendant has made unlawful entries into the United States.

22  Defendant is viewed as a risk of nonappearance due to recent substance use; he is unemployed;

23

DETENTION ORDER - 1

1 has supervised release noncompliance, and new charges while on supervised release. Defendant

2 is viewed as a risk of danger based on his criminal history.

3      It is therefore **ORDERED**:

4      (1)    Defendant shall be detained pending trial and committed to the custody of the

5 Attorney General for confinement in a correctional facility separate, to the extent practicable,

6 from persons awaiting or serving sentences, or being held in custody pending appeal;

7      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

8 counsel;

9      (3)    On order of a court of the United States or on request of an attorney for the

10 Government, the person in charge of the correctional facility in which Defendant is confined

11 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12 connection with a court proceeding; and

13     (4)    The Clerk shall direct copies of this order to counsel for the United States, to

14 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15 Officer.

16     DATED this 19th day of December 2024.

17

18                          PAULA L. MCCANDLIS
                            United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2